UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERIKA GIRARDI, LAIA RIBATALLADA, MICHAEL MINDEN<br>　　　　Defendants - Appellants,<br><br>　v.<br><br>CHRISTOPHER PSAILA<br>　　　　Plaintiff - Appellee. | 9th Cir. No.　24-1433<br><br>STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated:　May 21, 2026

_____
Evan C. Borges
Attorney for Appellants Erika Girardi, Laia Ribatallada, and Michael Minden

_____
Bruce B. Bealke
Attorney for Appellee
Christopher Psaila